```
              FILED
     CLERK, U.S. DISTRICT COURT
           AUG 21 2013
     CENTRAL DISTRICT OF CALIFORNIA
     BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN JASSO ORTIZ, <br><br> Defendant. | NO.: CR 08-1191-GW-24 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1  released under 18 U.S.C. § 3142(b) or (c).  This finding is
2  based on his history of failures to appear in DMV matters, his
3  alleged violations in the instant matter, and his substance
4  abuse history;
5  and

6  B.   (X)  The defendant has not met his burden of establishing by
7  clear and convincing evidence that he is not likely to pose a
8  danger to the safety of any other person or the community
9  because of his prior criminal history and his history of
10 substance abuse.

11 IT THEREFORE IS ORDERED that the defendant be detained pending
12 the further revocation proceedings.

14 DATED: August 21, 2013

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE